```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/23/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
    OMNISEC SOLUTIONS LLC *and* Green Thumb LLC,

                                        Plaintiffs,          1:24-cv-5450-GHW

                 -against-                      ORDER

    SIMPLY MOSSY ART INC., *doing business as* Mossify,

                                        Defendant.
------------------------------------------------------------------ X

GREGORY H. WOODS, District Judge:

    As stated on the record during the telephone conference held on October 23, 2024, Defendant's motion to dismiss is due by December 6, 2024; Plaintiffs' opposition is due four weeks after the date of service of Defendant's motion; and Defendant's reply, if any, is due two weeks after the date of service of Plaintiffs' opposition.

    Moreover, for the reasons stated on the record during the telephone conference, discovery in this case is stayed pending resolution of Defendant's motion to dismiss.

    SO ORDERED.

Dated: October 23, 2024  
New York, New York

                                                        GREGORY H. WOODS  
                                                     United States District Judge